UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: HALICKE, RONALD D.<br>HALICKE, LAURA A.<br><br>Debtor(s) | §<br>§<br>§<br>§ | Case No. 10-70720 |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Room 110
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 10/20/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Room 115
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _/ /_____    By: /s/STEPHEN G. BALSLEY
                                          Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith              Page 1 of 1             Date Rcvd: Sep 29, 2010
Case: 10-70720                Form ID: pdf006             Total Noticed: 31

The following entities were noticed by first class mail on Oct 01, 2010.
 db/jdb        +Ronald D. Halicke,    Laura A. Halicke,    3405 Forest Ridge Drive,    Spring Grove, IL 60081-8630
 aty           +Richard T Jones,    138 Cass Street,    Woodstock, IL 60098-3254
 tr            +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
                 Rockford, IL 61108-2579
15131424       AES/MRU Funding,    1200 N. 7th Street,    Harrisburg, PA 17102-1419
15131425       American Express,    Customer Service,    Post Office Box 7863,    Ft. Lauderdale, FL 33329-7863
15598688       American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
15163284       American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
15131426       Bank of America,    4060 Ogleton Stan,    Mail Code DES-019,    Newark, DE 19713
15131427      +Bank of America Mortgage,    Post Office Box 9000,    475 CrossPoint Parkway,
                 Getzville, NY 14068-1609
15131428      +Capital One,    1957 Westmoreland,    Post Office Box 26094,    Richmond, VA 23260-6094
15385003      +Chase,    800 Brooksedge Blvd,    Westervllie, OH 43081-2822
15131429      +Chase,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
15432227       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15557430      +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
15131430       Citicard,    Post Office Box 6000,    The Lakes, NV 89163-6000
15131434      +Midwest Bank,    501 W. North Avenue,    Melrose Park, IL 60160-1628
15131436      +Shell,    Post Office Box 9151,    Des Moines, IA 50306-9151
15415972      +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
15131437       Target National Bank,    Post Office Box 59317,    Minneapolis, MN 55459-0317
15131438       US Dept. of Education,    Direct Loan Servicing Center,    Post Office Box 5609,
                 Greenville, TX 75403-5609
15131439      +Victoria's Secret,    Post Office Box 659728,    San Antonio, TX 78265-9728
15131440      +World's Foremost Bank,    Post Office Box 82608,    Lincoln, NE 68501-2608
The following entities were noticed by electronic transmission on Sep 29, 2010.
15650554       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 30 2010 02:35:06
                 American Infosource Lp As Agent for,    World Financial Network National Bank As,
                 Victoria's Secret,    PO Box 248872,    Oklahoma City, OK   73124-8872
15131431       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 30 2010 02:35:18     Discover,    12 Reads Way,
                 New Castle, DE 19720-1649
15384751       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 30 2010 02:35:18     Discover Bank,
                 Dfs Services LLC,    PO Box 3025,    New Albany, Ohio   43054-3025
15774915       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 30 2010 02:35:06
                 Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
                 Oklahoma City, OK   73124-8809
15579795      +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2010 02:48:33     GE Money Bank dba AMERICAN EAGLE,
                 Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15579796      +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2010 02:48:33     GE Money Bank dba OLD NAVY,
                 Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15131432       E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2010 02:48:33     GEMB/American Eagle,
                 Post Office Box 981400,    El Paso, TX 79998-1400
15131433       E-mail/PDF: cr-bankruptcy@kohls.com Sep 30 2010 02:35:16     Kohls,    Post Office Box 2983,
                 Milwaukee, WI 53201-2983
15131435       E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2010 02:48:33     Old Navy,    Post Office Box 9769,
                 Macon, GA 31297-9769
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty*         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
                 Rockford, IL 61108-2579
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 01, 2010**                    **Signature:**   *Joseph Speetjens*