**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: HALICKE, RONALD D. § Case No. 10-70720
HALICKE, LAURA A. §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $348,533.25 *(without deducting any secured claims)* | Assets Exempt:  $44,380.00 |
| Total Distribution to Claimants: $4,712.21 | Claims Discharged Without Payment:  $166,026.87 |
| Total Expenses of Administration: $3,007.24 | |

3) Total gross receipts of $    7,719.45    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00    (see **Exhibit 2**), yielded net receipts of $7,719.45 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $384,108.62 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,007.24 | 3,007.24 | 3,007.24 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 163,758.00 | 142,797.08 | 142,797.08 | 4,712.21 |
| **TOTAL DISBURSEMENTS** | $547,866.62 | $145,804.32 | $145,804.32 | $7,719.45 |

    4) This case was originally filed under Chapter 7 on February 19, 2010. The case was pending for 11 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/13/2011    By: /s/STEPHEN G. BALSLEY
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Anticipated tax refund | 1129-000 | 3,518.25 |
| 2005 Saturn Ion-2; 63,000 miles-debtors' possess | 1129-000 | 2,200.00 |
| 2004 Saturn View; 143,000 miles-debtors' possess | 1129-000 | 1,700.00 |
| 2006 John Deere Model 304 lawn tractor | 1129-000 | 300.00 |
| Interest Income | 1270-000 | 1.20 |
| **TOTAL GROSS RECEIPTS** | | **$7,719.45** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bank of America Mortgage | 4110-000 | 339,108.62 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Bank | 4110-000 | 45,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$384,108.62** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,521.95 | 1,521.95 | 1,521.95 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,482.00 | 1,482.00 | 1,482.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.29 | 3.29 | 3.29 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,007.24 | 3,007.24 | 3,007.24 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 15,649.00 | 16,434.16 | 16,434.16 | 542.32 |
| 2 | Discover Bank | 7100-000 | 14,185.00 | 14,785.24 | 14,785.24 | 487.90 |
| 3 | TARGET NATIONAL BANK | 7100-000 | 5,925.00 | 6,889.30 | 6,889.30 | 227.34 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 7,264.00 | 7,572.36 | 7,572.36 | 249.88 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 40,072.00 | 41,334.17 | 41,334.17 | 1,364.00 |
| 6 | Chase Bank USA, N.A. | 7100-000 | 12,769.00 | 13,453.60 | 13,453.60 | 443.96 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | Chase Bank USA, N.A. | 7100-000 | 7,900.00 | 8,325.81 | 8,325.81 | 274.75 |
| 8 | Chase Bank USA, N.A. | 7100-000 | 6,637.00 | 6,832.06 | 6,832.06 | 225.45 |
| 9 | Chase Bank USA,N.A | 7100-000 | 829.00 | 918.78 | 918.78 | 30.32 |
| 10 | GE Money Bank dba AMERICAN EAGLE | 7100-000 | 348.00 | 433.43 | 433.43 | 14.30 |
| 11 | GE Money Bank dba OLD NAVY | 7100-000 | 58.00 | 111.46 | 111.46 | 3.68 |
| 12 | GE Money Bank dba AMERICAN EAGLE | 7100-000 | 55.00 | 119.01 | 119.01 | 3.93 |
| 13 | American Express Centurion Bank | 7100-000 | 4,545.00 | 4,642.05 | 4,642.05 | 153.18 |
| 14 | American Infosource Lp As Agent for | 7100-000 | 228.00 | 281.17 | 281.17 | 9.28 |
| 15 | US Dept. of Education | 7100-000 | 3,501.00 | 3,288.61 | 3,288.61 | 108.52 |
| 16 | Fia Card Services, NA/Bank of America | 7100-000 | 13,492.00 | 14,475.60 | 14,475.60 | 477.69 |
| 17 | Fia Card Services, NA/Bank of America | 7100-000 | 2,359.00 | 2,900.27 | 2,900.27 | 95.71 |
| NOTFILED | AES/MRU Funding | 7100-000 | 20,970.00 | N/A | N/A | 0.00 |
| NOTFILED | Shell | 7100-000 | 1,068.00 | N/A | N/A | 0.00 |
| NOTFILED | World's Foremost Bank | 7100-000 | 1,297.00 | N/A | N/A | 0.00 |
| NOTFILED | Citicard | 7100-000 | 1,508.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 3,099.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 163,758.00 | 142,797.08 | 142,797.08 | 4,712.21 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-70720  
**Case Name:** HALICKE, RONALD D.  
HALICKE, LAURA A.  
**Period Ending:** 02/13/11

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 02/19/10 (f)  
**§341(a) Meeting Date:** 03/29/10  
**Claims Bar Date:** 07/06/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 3405 Forest Ridge Drive, Spring | 329,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account-State Bank of the Lakes | 78.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account-State Bank of the Lakes | 56.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account-State Bank of the Lakes | 150.00 | 0.00 | DA | 0.00 | FA |
| 5 | Savings account-State Bank of the Lakes | 10.00 | 0.00 | DA | 0.00 | FA |
| 6 | Savings account-Midwest Operating Engineer CU | 454.25 | 0.00 | DA | 0.00 | FA |
| 7 | Miscellaneous household goods & furnishings-debt | 1,165.00 | 0.00 | DA | 0.00 | FA |
| 8 | Necessary wearing apparel-debtors' possession | 600.00 | 0.00 | DA | 0.00 | FA |
| 9 | Miscellaneous jewelry-debtors' possession | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Miscellaneous sports equipment-debtors' possessi | 140.00 | 0.00 | DA | 0.00 | FA |
| 11 | Union pension; defined benefit no cash value | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | Union annuity | 980.00 | 0.00 | DA | 0.00 | FA |
| 13 | Anticipated tax refund | Unknown | 0.00 | DA | 3,518.25 | FA |
| 14 | 2001 Ford F350; 182,000 miles-debtors' possessio | 5,300.00 | 500.00 | DA | 0.00 | FA |
| 15 | 2005 Saturn Ion-2; 63,000 miles-debtors' possess  Debtors offered to purchase Bankruptcy Estate's interest in the 2005 Saturn, 2004 Saturn, and 2006 John Deere for the total sum of $4,200.00. | 4,500.00 | 4,500.00 | DA | 2,200.00 | FA |
| 16 | 2004 Saturn View; 143,000 miles-debtors' possess  Debtors offered to purchase the Bankruptcy Estate's interest in the 2005 Saturn, 2006 Saturn, and 2006 John Deere for the total sum of $4,200.00. | 4,700.00 | 4,700.00 | DA | 1,700.00 | FA |
| 17 | 2006 John Deere Model 304 lawn tractor  Debtors offered to purchase the Bankruptcy Estate's interest in the 2005 Saturn, 2004 Saturn, and 2006 John Deere for the total sum of $4,200.00. | 900.00 | 900.00 | DA | 300.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.20 | FA |
| 18 | Assets  Totals (Excluding unknown values) | **$348,533.25** | **$10,600.00** | | **$7,719.45** | **$0.00** |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-70720  
**Case Name:** HALICKE, RONALD D.  
HALICKE, LAURA A.  
**Period Ending:** 02/13/11

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 02/19/10 (f)  
**§341(a) Meeting Date:** 03/29/10  
**Claims Bar Date:** 07/06/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** August 30, 2010     **Current Projected Date Of Final Report (TFR):** September 7, 2010 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-70720 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | HALICKE, RONALD D. | | Bank Name: | The Bank of New York Mellon |
| | HALICKE, LAURA A. | | Account: | 9200-******27-65 - Money Market Account |
| Taxpayer ID #: | **-***3196 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 02/13/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/07/10 | {13} | Ronald D. Halicke | Non-exempt portion of 2009 income tax return | 1129-000 | 3,518.25 | | 3,518.25 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.15 | | 3,518.40 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.21 | | 3,518.61 |
| 06/07/10 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/07/2010 FOR CASE #10-70720 | 2300-000 | | 3.29 | 3,515.32 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.20 | | 3,515.52 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.21 | | 3,515.73 |
| 08/05/10 | | Ronald D. Halicke | Bankruptcy Estate's interest in two (2) Saturns and John Deer lawn tractor | | 4,200.00 | | 7,715.73 |
| | {15} | | Bankruptcy Estate's interest in 2005 Saturn Ion    2,200.00 | 1129-000 | | | 7,715.73 |
| | {16} | | Bankruptcy Estate's interest in 2004 Saturn SUV    1,700.00 | 1129-000 | | | 7,715.73 |
| | {17} | | Bankruptcy Estate's interest in tractor    300.00 | 1129-000 | | | 7,715.73 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.42 | | 7,716.15 |
| 09/07/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 7,716.16 |
| 09/07/10 | | To Account #9200******2766 | Transfer to Closed Money Market Account | 9999-000 | | 7,716.16 | 0.00 |
| | | | ACCOUNT TOTALS | | 7,719.45 | 7,719.45 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 7,716.16 | |
| | | | Subtotal | | 7,719.45 | 3.29 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $7,719.45 | $3.29 | |

{} Asset reference(s)                                   Printed: 02/13/2011 09:18 AM    V.12.56

# FORM 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-70720 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | HALICKE, RONALD D. | | Bank Name: | The Bank of New York Mellon |
| | HALICKE, LAURA A. | | Account: | 9200-******27-66 - Checking Account |
| Taxpayer ID #: | **-***3196 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 02/13/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/07/10 | | From Account #9200******2765 | Transfer to Closed Money Market Account | 9999-000 | 7,716.16 | | 7,716.16 |
| 10/20/10 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,482.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,482.00 | 6,234.16 |
| 10/20/10 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,521.95, Trustee Compensation;  Reference: | 2100-000 | | 1,521.95 | 4,712.21 |
| 10/20/10 | 103 | Discover Bank | Dividend paid   3.29% on $16,434.16; Claim# 1; Filed: $16,434.16; Reference: | 7100-000 | | 542.32 | 4,169.89 |
| 10/20/10 | 104 | Discover Bank | Dividend paid   3.29% on $14,785.24; Claim# 2; Filed: $14,785.24; Reference: | 7100-000 | | 487.90 | 3,681.99 |
| 10/20/10 | 105 | TARGET NATIONAL BANK | Dividend paid   3.29% on $6,889.30; Claim# 3; Filed: $6,889.30; Reference: | 7100-000 | | 227.34 | 3,454.65 |
| 10/20/10 | 106 | Chase Bank USA, N.A. | Dividend paid   3.29% on $7,572.36; Claim# 4; Filed: $7,572.36; Reference: | 7100-000 | | 249.88 | 3,204.77 |
| 10/20/10 | 107 | Chase Bank USA, N.A. | Dividend paid   3.29% on $41,334.17; Claim# 5; Filed: $41,334.17; Reference: | 7100-000 | | 1,364.00 | 1,840.77 |
| 10/20/10 | 108 | Chase Bank USA, N.A. | Dividend paid   3.29% on $13,453.60; Claim# 6; Filed: $13,453.60; Reference: | 7100-000 | | 443.96 | 1,396.81 |
| 10/20/10 | 109 | Chase Bank USA, N.A. | Dividend paid   3.29% on $8,325.81; Claim# 7; Filed: $8,325.81; Reference: | 7100-000 | | 274.75 | 1,122.06 |
| 10/20/10 | 110 | Chase Bank USA, N.A. | Dividend paid   3.29% on $6,832.06; Claim# 8; Filed: $6,832.06; Reference: | 7100-000 | | 225.45 | 896.61 |
| 10/20/10 | 111 | Chase Bank USA,N.A | Dividend paid   3.29% on $918.78; Claim# 9; Filed: $918.78; Reference: | 7100-000 | | 30.32 | 866.29 |
| 10/20/10 | 112 | GE Money Bank dba AMERICAN EAGLE | Dividend paid   3.29% on $433.43; Claim# 10; Filed: $433.43; Reference: | 7100-000 | | 14.30 | 851.99 |
| 10/20/10 | 113 | American Express Centurion Bank | Dividend paid   3.29% on $4,642.05; Claim# 13; Filed: $4,642.05; Reference: | 7100-000 | | 153.18 | 698.81 |
| 10/20/10 | 114 | American Infosource Lp As Agent for | Dividend paid   3.29% on $281.17; Claim# 14; Filed: $281.17; Reference: | 7100-000 | | 9.28 | 689.53 |
| 10/20/10 | 115 | US Dept. of Education | Dividend paid   3.29% on $3,288.61; Claim# 15; Filed: $3,288.61; Reference: | 7100-000 | | 108.52 | 581.01 |
| 10/20/10 | 116 | Fia Card Services, NA/Bank of America | Dividend paid   3.29% on $14,475.60; Claim# 16; Filed: $14,475.60; Reference: | 7100-000 | | 477.69 | 103.32 |
| 10/20/10 | 117 | Fia Card Services, NA/Bank of America | Dividend paid   3.29% on $2,900.27; Claim# 17; Filed: $2,900.27; Reference: | 7100-000 | | 95.71 | 7.61 |
| 10/20/10 | 118 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 7.61 | 0.00 |
| | | | Dividend paid   3.29% on $111.46; Claim# 11; Filed: $111.46 | 7100-000 | | 3.68 | 0.00 |

Subtotals :    $7,716.16    $7,716.16

{} Asset reference(s)

Printed: 02/13/2011 09:18 AM   V.12.56

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-70720  
**Case Name:** HALICKE, RONALD D.  
HALICKE, LAURA A.  
**Taxpayer ID #:** **-***3196  
**Period Ending:** 02/13/11

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******27-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 3.29% on    3.93<br>$119.01; Claim# 12;<br>Filed: $119.01 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,716.16 | 7,716.16 | $0.00 |
| | | | Less: Bank Transfers | | 7,716.16 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 7,716.16 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$7,716.16** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******27-65** | 7,719.45 | 3.29 | 0.00 |
| **Checking # 9200-******27-66** | 0.00 | 7,716.16 | 0.00 |
| | **$7,719.45** | **$7,719.45** | **$0.00** |

{} Asset reference(s)